IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN-TAFT KELLEY GRAY, : | |
|     Plaintiff : | |
|        v. : | Case No. 3:24-cv-138-KAP |
| OFFICER JUSTIN HOLLERN, *et al.*, : | |
|     Defendants : | |

### Memorandum Order

      Plaintiff Gray filed a complaint that I recommended be dismissed in part and stayed in part. That recommendation is pending. Gray has since filed two more complaints and filed similar motions in all three. The recent motions in this matter, ECF no. 19, ECF no. 20, and ECF no. 21, are denied. The motion to compel and for hearing on the motion to compel are denied for the reasons set forth in the order denying the parallel motions in the related case at Case No. 3:25-cv-104-KAP. The motion styled as a "Petition to Amend Forthwith on the Forgoing [sic] Motion for Preliminary Injunction" is denied without a hearing as meritless. Despite the invocation of Fed. R. Civ. P. 65, the motion is not one under that rule, and if plaintiff does seek relief under Fed. R. Civ. P. 65, he must comply with the procedural requirements of that rule. Gray has simply provided a confusing farrago of legal citations and several things he wants to help him in his defense in his pending criminal charges.

DATE: June 23, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Jean-Taft Kelley Gray #1703852
Blair County Prison
419 Market Square Alley
Hollidaysburg, PA 16648